# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Magistrate Case No.: 16-3647 |
| Plaintiff, | : |
| vs. | : |
| CATALIN MIHAI DRAGOMIR | : **CONSENT ORDER** |
| | : **MODIFYING BAIL CONDITIONS** |
| Defendant. | : |

**THIS MATTER** having come before the Court on the application of Timothy M. Donohue, attorney for defendant Catalin Dragomir, for an Order modifying Mr. Dragomir's bail conditions so as to remove home confinement with electronic monitoring as a condition of his bail; and United States Pretrial Services (Vincent Ambrosiano) having reviewed and approved the same; and AUSA Kelly Graves having consented to the same; and for good cause shown,

**IT IS** on this 10th day of January, 2017;

**ORDERED** that the bail conditions for defendant Catalin Dragomir be, and the same hereby are, modified so as to remove home confinement with electronic monitoring as a condition of bail; and it is further

**ORDERED** that all other bail conditions shall remain in effect.

Honorable Cathy Waldor

Consented as to form this 12 day of January, 2017

*Kelly Graves*
AUSA Kelly Graves